**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 5, 2022.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-20-00531-CV

---

**THE CWEREN LAW FIRM, PLLC, Appellant**

**V.**

**SALEM SOLOMON, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1141556**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 26, 2020. On March 29, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.